The Lehigh Valley Rail Way Company, Appellant and Respondent, *v.* American Radiator Company, Respondent and Appellant.

(Argued October 13, 1931; decided November 17, 1931.)

*H. S. Ogden* for plaintiff, appellant and respondent.
*Daniel Day Walton* for defendant, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.